IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02389-AP

FREDRICK BAYER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael A. Desaulniers, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division

ANTHONY J. NAVARRO
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
(303) 844-7278
anthony.navarro@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed**: November 4, 2008.**
B. Date Complaint Was Served on U.S. Attorney's Office**: November 26, 2008.**
C. Date Answer and Administrative Record Were Filed**: January 20, 2009.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

A. Plaintiff's Opening Brief Due:   **March 11, 2009**
B. Defendant's Response Brief Due:   **April 13, 2009**
C. Plaintiff's Reply Brief (If Any) Due:  **April 28, 2009**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. Plaintiff does not request oral argument.
B. Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

    A. (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 6th day of February, 2009.

                                                    BY THE COURT:

                                                   *s/John L. Kane*
                                                   U.S. DISTRICT COURT JUDGE

**APPROVED:**

| | |
|---|---|
| s/ Michael A. Desaulniers, Esq.<br>Michael A. Desaulniers, Esq.<br>402 W. 12th Street<br>Pueblo, Colorado<br>719-543-8636<br>E-mail: seckarlaw@mindspring.com<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>Acting United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br>By: s/Anthony J. Navarro<br>ANTHONY J. NAVARRO<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-7278<br>Anthony.Navarro@ssa.gov<br>Attorneys for Defendant |