UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02389-WYD

FREDERICK W. BAYER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

# ORDER

    THIS MATTER is before the Court on Defendant's Unopposed Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). This motion seeks to amend the Judgment and Order filed on March 31, 2010, which remanded the case to the Commissioner for an immediate award of benefits.

    Defendant does not request reconsideration of the Court's disability determination. Instead, Defendant requests that the Judgment and Order be amended to permit, on remand, the determination of whether Plaintiff meets the income and resource eligibility requirements prescribed by Title XVI of the Social Security Act, 42 U.S.C. § 1381, *et seq*. The motion states that counsel for Plaintiff does not object to the relief requested.

    Having reviewed the motion and being fully advised in the premises, I find good cause for the granting of the motion. *See Knipe v. Heckler*, 755 F.2d 141, 149 (10th Cir. 1985) (remanding case to the Commissioner where the court could not determine from

the record whether the claimant's resources were below the statutory maximum for supplemental security income).  Accordingly, it is

ORDERED that Defendant's Unopposed Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) (Doc. # 18 filed April 16, 2010) is **GRANTED**.  The Order and Judgment dated March 31, 2010 (Doc. # 16 and 17) are hereby **AMENDED** to direct not only a finding of disability but also a remand of this case to the Commissioner for the limited purpose of determining whether Plaintiff meets the income and resource eligibility requirements prescribed by Title XVI of the Social Security Act.

Dated:  May 21, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge