UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02389-WYD

FREDERICK W. BAYER,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Stipulated Motion for Award of
Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412
["EAJA"].  The motion asserts that the parties have conferred and agree that Plaintiff
should be awarded attorney fees in this case pursuant to the EAJA in the amount of
$7,488.46, subject to approval of the Court.

Having reviewed the motion, I find that an award of fees to Plaintiff under the
EAJA is proper, that the amount of fees requested is reasonable, and that the Stipulated
Motion should be granted.  Accordingly, it is

ORDERED that the Stipulated Motion for Award of Attorney Fees Pursuant to the
Equal Access to Justice Act, 28 U.S.C. § 2412  (doc. # 21 filed June 15, 2010) is
**GRANTED**.  In accordance therewith, it is

ORDERED that attorney fees in the amount of $7,844.46 are awarded, which
award may be made out and mailed to Plaintiff's attorney as assignee for Plaintiff.

Dated June 15, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge